AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| STUEBING AUTOMATIC MACHINE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>ALLAN GAVRONSKY DBA MATAMOROS MACHINE SHOP AND STEVE LERMA DBA MATAMOROS MACHINE SHOP<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:16-cv-576 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Allan Gavronsky dba Matamoros Machine Shop
        5249 Ridgeline Drive
        Brownsville, TX 78526

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Charles H. Brown, III
        Wood Herron & Evans LLP
        2700 Carew Tower
        441 Vine Street
        Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 05/26/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

STUEBING AUTOMATIC MACHINE COMPANY

*Plaintiff(s)*

v.     Civil Action No. 1:16-cv-576

ALLAN GAVRONSKY DBA MATAMOROS MACHINE SHOP AND STEVE LERMA DBA MATAMOROS MACHINE SHOP

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Steve Lerma dba Matamoros Machine Shop
505 East Yucca Lane
Brownfield, TX 79316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles H. Brown, III
Wood Herron & Evans LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/26/2016

*Signature of Clerk or Deputy Clerk*