IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Stuebing Automatic Machine Company, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:16cv576 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Allan Gavronsky, et al. : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on December 20, 2016 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 3, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that plaintiff's motions to dismiss defendants' counterclaims (Docs. 17 and 18) are GRANTED.

IT IS SO ORDERED.

   s/Susan J. Dlott     
Judge Susan J. Dlott
United States District Court