IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Stuebing Automatic Machine Company, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:16cv576 |
| vs. | : | |
| | : | Judge Susan J. Dlott |
| Allan Gavronsky, *d/b/a* Matamoros Machine Shop, et al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate

Judge Karen L. Litkovitz filed on December 19, 2016 (Doc. 30), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired January 3, 2017, hereby

ADOPTS said Report and Recommendation.

Accordingly, plaintiff's motion to strike (Doc. 26) is DENIED.  It is ORDERED that

defendant Gavronsky's motion for leave to file an amended counterclaim (Doc. 22) is DENIED.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Judge Susan J. Dlott
       United States District Court